THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TEWODROS GASHU                 §
                               §
V.                             §        CIVIL NO. 4:25-CV-00484-SDJ-BD
                               §
CITY OF DALLAS, ET AL.         §
                               §
                               §
                               §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge has entered an amended report and recommendation (the "Report"), (Dkt. #25), recommending that Plaintiff's claims against several unserved defendants be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against defendants City of Dallas, Hilton Dallas Lincoln Centre, Collin Oaks Assisted Living, David King, and a Dallas County Constable employee named Kimberly whose last name is unknown are **DISMISSED WITHOUT PREJUDICE**.

1

**So ORDERED and SIGNED this 6th day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE