IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEWODROS GASHU | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00484-SDJ-BD |
| | § | |
| PRESBYTERIAN HOSPITAL OF PLANO TEXAS, ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 14, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #36), that Defendant Texas Health Presbyterian Hospital Plano's Motion to Dismiss, (Dkt. #26), be granted, its Motion for Summary Judgment, (Dkt. #34), be dismissed as moot, and the Complaint, (Dkt. #1), be dismissed without prejudice. Plaintiff filed Objections, (Dkt. #37), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. That said, Plaintiff's request for 30 days, rather than 14, to file an amended complaint that states his best case will be granted. The Court hereby adopts the findings and

conclusions of the Magistrate Judge as the findings and conclusions of the Court as modified by this Memorandum.

**IT IS ORDERED** that the Motion to Dismiss, (Dkt. #26), is **GRANTED**, the Motion for Summary Judgment, (Dkt. #34), is **DISMISSED** as moot, and the Complaint, (Dkt. #1), is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff may, within 30 days of the docketing of this Memorandum, file an amended complaint correcting the deficiencies identified in the Report and alleging any facts necessary to state his best case. If he fails to do so, the Complaint will be dismissed with prejudice.

**So ORDERED and SIGNED this 12th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE